2009-38291
FILED
October 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002134792

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
RONALD LEE GATES and
ANGELA R. GATES

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RONALD LEE GATES and<br>ANGELA R. GATES,<br><br>Debtor(s). | Case No.: 09-38291-D-13L<br><br>In Chapter 13<br><br>Mtn. Ctrl. No.JT-1<br><br>**ORDER ON DEBTOR'S MOTION TO VALUE COLLATERAL OF GMAC MORTGAGE, LLC.**<br><br>Date: October 6, 2009<br>Time: 1:00 p.m.<br>Ctrm: 34<br>Dept: D |

The Motion of the Debtor(s), RONALD LEE GATES and ANGELA R. GATES, by and through their attorney of record, JOHN A. TOSNEY, Esq., came on for regularly scheduled and properly noticed hearing on October 6, 2009 at 1:00 p.m. in Department D of this court.

No appearance was necessary by Attorney JOHN A. TOSNEY, Esq. on behalf of debtor(s), RONALD LEE GATES and ANGELA R. GATES. There was no opposition to the Motion.

The matter having been heard and considered by the Court, the Court hereby finds as to Debtor's Motion to Value the Collateral of creditor, GMAC MORTGAGE, LLC., that:

Good cause appearing therefore,

1

RECEIVED
October 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002134792

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the value of Debtor's real property located at 220 Gross Avenue, Marysville, CA, 95901 is $112,500.00 as of the date Debtors filed their Chapter 13. Debtor's real property is encumbered by a First Deed of Trust in the amount of $182,000.00. Therefore, creditor's secured claim is valued at $0.00 and the Second Deed of Trust help by creditor GMAC MORTGAGE, LLC., shall be treated as an unsecured claim.

**IT IS SO ORDERED:**

Dated: October 06, 2009

*Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court